**FILED**

APR 28 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL KENNETH HADDEN | Case No. 16-CV-02686 LHK (PR) |
|---|---|
| Plaintiff, | **ORDER OF SERVICE** |
| v. | |
| STEVE KERNAN, et al., | |
| Defendants. | |

Plaintiff, a California state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Salinas Valley State Prison ("SVSP"). On October 13, 2016, the court issued an order of service. On February 10, 2017, the summons issued to defendant Dr. E. Sullivan was filed with the notation "no longer work @ SVSP". To date, defendant Dr. E. Sullivan remains unserved. On March 21, 2017, the court issued an order directing plaintiff to file a notice providing the court with accurate location information for defendant Dr. E. Sullivan such that the U.S. Marshal is able to effect service within thirty days or face dismissal. Dkt. No. 24. Plaintiff has filed a notice in response to the court's order. Dkt. No. 26. Plaintiff submits that defendant Dr. E. Sullivan was contracted to work at SVSP via "California Correctional Health Care Services (CCHCS), located at Post Office Box 588500, Elk Grove, California, 95788-8500."

Accordingly, the clerk of the court shall mail a Notice of Lawsuit and Request for Waiver

Case No. 16-CV-02686 LHK (PR)
ORDER OF SERVICE

1

of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto (dkt. no. 1), and a copy of the court's order dated October 13, 2016, and a copy of this order to **Dr. E Sullivan at California Correctional Health Care Services (CCHCS), located at Post Office Box 588500, Elk Grove, California, 95788-8500.** The clerk of the court shall mail a copy of this order to plaintiff.

In the interest of justice, the court requests that the Litigation Coordinator of SVSP provide the court notice of whether defendant Dr. E. Sullivan is an employee of the California Department of Corrections and Rehabilitation ("CDCR"), and if so, the Litigation Coordinator is requested to provide notice to the court of defendant Dr. E. Sullivan's current employment address. If there is no current employment address, the court requests the Litigation Coordinator, provide the court any available forwarding address. The Litigation Coordinator shall identify the forwarding address as "privileged and confidential" and the court shall maintain that classification.

**IT IS SO ORDERED.**

Dated: 4/28/2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 16-CV-02686 LHK (PR)
Order of Service

2